STATE OF NEW YORK    )
                                                  SS.:
COUNTY OF NEW YORK  )

ZACHARY HARKIN, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Bellmore, New York. On the 15th day of June, 2007, I served plaintiffs' **SUMMONS and COMPLAINT and JUDGES' RULES** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Tradewinds Construction Inc.
      22510 NW Cornell Drive
      Ridgefield, WA 98642

_____
ZACHARY HARKIN

Sworn to before me this
15th day of June, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20 08